# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**TEZLYN FIGARO**
**13107 Ingram Gap Ln.**
**Houston, Texas 77048,**

    **Plaintiff,**

v.                                         Case No.: 1:19-cv-01406-CKK

**OUR REVOLUTION**
**603 2nd St NE**
**Washington, DC 20002,**

    **Defendant.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties have fully and amicably resolved this matter. Accordingly, Plaintiff TEZLYN FIGARO, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), files her Notice of Voluntary Dismissal With Prejudice.

Dated this 29th day of July, 2019.  Respectfully submitted,

                                                **s/ ANTHONY J. HALL**
                                               Anthony J. Hall, Esq.
                                               DC Bar No.: FL0040
                                               Email: ahall@forthepeople.com
                                               Jolie Pavlos, Esq.
                                               FBN 0125571
                                               Email: jpavlos@forthepeople.com
                                               Morgan & Morgan, P.A.
                                               20 N. Orange Ave., 14th Floor
                                               Orlando, FL 32801
                                               MAILING: P.O. Box: 530244
                                                Atlanta, GA 30353-0244
                                               Direct Tel.:    (407) 418 2079
                                               Facsimile:     (407) 245-3390
                                               Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certifiy that I mailed the copy of the foregoing with the electronic notification from the court to OUR REVOLUTION, 603 2nd St NE, Washington, DC 20002.

**s/ ANTHONY J. HALL**
Anthony J. Hall, Esq.
